⌾GAM 35
(Rev. 2/06)

**Report and Order Terminating Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. No.   7:16-CR-00002-006 (LAG) |
| **DONATUS O. MBANEFO** | |

On December 5, 2018, Donatus O. Mbanefo was sentenced to 96 months in the custody of the Bureau of Prisons followed by 3 years on supervised release after being found guilty of the offenses of Unlawful Dispensation of Controlled Substances (2 counts) and Conspiracy to Unlawfully Dispense Schedule II, III, and IV Controlled Substances. On April 5, 2024, the supervised release period of 36 months commenced.

Donatus O. Mbanefo has complied with the rules and regulations of supervised release, he has met the criteria for early termination as outlined in the Guide to Judiciary Policy; Part E (Post-Conviction Supervision); Chapter 3, as approved by the Administrative Office of the United States Courts and is no longer in need of supervision. Accordingly, it is recommended Donatus O. Mbanefo be discharged from supervision.

Respectfully submitted,

*/s/ James O. Poe, III*

James O. Poe, III
U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this __17th__ day of __July__, 2025.

*/s/ Leslie Abrams Gardner*
LESLIE ABRAMS GARDNER
CHIEF U.S. DISTRICT JUDGE